IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JASON HINES, Individually**                                                               **PLAINTIFF**
**and as Wrongful Death Beneficiary**
**and as Survivor of Austin Hines**

**V.**                                                                                                        **NO. 1:21-CV-52-DMB-RP**

**COLUMBUS, MISSISSIPPI, et al.**                                             **DEFENDANTS**

**ORDER**

On February 4, 2022, the parties stipulated to the dismissal of all claims against the City of Columbus, Jemarco Harris, and Landon George "with prejudice with each of the parties to bear his own costs." Doc. #92. Accordingly, these defendants' motion for summary judgment [74] is **DENIED as moot**.

**SO ORDERED**, this 7th day of February, 2022.

                                                             /s/Debra M. Brown
                                                             **UNITED STATES DISTRICT JUDGE**